IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01577-WYD-BNB

EUGENIO NAVARRO, JR.,

    Plaintiff,

v.

JOHN BLOOR; and
CARY SHAMES,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Plaintiff's Amended Prisoner Complaint [# 11], filed December 15, 2006.  By way of background, all of the Defendants except Defendants Bloor and Shames were dismissed by an Order issued by District Judge Weinshienk [# 12], filed February 1, 2006.  On February 8, 2007, I ordered the United States Marshal to effect service upon Defendants Bloor and Shames.  [# 15].  The Marshal attempted service on the Defendant at the address provided by the Plaintiff in his Amended Complaint.  The Marshal was informed that the Defendants are no longer employed at that address.

Accordingly, Magistrate Judge Boland ordered the Plaintiff to show cause on or before April 30, 2007, why the Amended Complaint should not be dismissed against the Defendants for failure to prosecute pursuant to D.C.COLO.LCivR 41.1 [# 22].

-1-

Magistrate Judge Boland further stated that if no showing was made, he would recommend that this action be dismissed without prejudice for failure to prosecute. On April 13, 2007, the Plaintiff filed a response to Magistrate Judge Boland's Oder to Show Cause [# 23]. The Plaintiff stated that "[m]ore effort could be put forth to find the Defendants, "but that he is currently incarcerated and does not have the means to pursue the matter himself. Plaintiff further stated that he is "considering" requesting a private investigator and an attorney to assist him in locating the Defendants.

On April 17, 2007, Magistrate Judge Boland issued a Recommendation that this matter be dismissed without prejudice. (Recommendation at 2.) The Recommendation is incorporated herein by reference. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Specifically, Magistrate Judge Boland recommended dismissal of this action because the Court has no authority to find the current addresses of the Defendants, and the Plaintiff failed to provide accurate information about their whereabouts. The Plaintiff further failed to establish good cause for that failure. The Recommendation also advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 2-3.)

Plaintiff filed a Motion for Extension of Time to Locate the Defendants [# 25] on April 27, 2007, however, I will not construe this as an Objection to the Recommendation to the extent that Plaintiff is requesting an additional sixty days to locate the Defendants in order to effect service upon them. Thus, despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate. . . [judge's]

report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Boland is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced matter should be dismissed without prejudice. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boland [# 24] filed April 17, 2007, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that the Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. It is

FURTHER ORDERED that Plaintiff's Motion for Extension of Time to Locate the Defendants [# 25] is **DENIED**.

Dated: May 8, 2007

                                                     BY THE COURT:

                                                     s/ Wiley Y. Daniel
                                                     Wiley Y. Daniel
                                                     U. S. District Judge