IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01577-WYD-BNB

EUGENIO NAVARRO, JR,

        Plaintiff,

v.

JOHN BLOOR, and
CARY SHAMES,

        Defendants.

_____

ORDER TO CURE DEFICIENCY
_____

Daniel,  Judge

      Plaintiff submitted  a Notice of Appeal on June 8, 2007 .  The court has determined

that the document  is deficient as described in this order.  Plaintiff will be directed to cure

the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
    <u>X</u>    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C.
    § 1915 and Fed. R. App. P. 24**:
    <u>X</u>    is not submitted
    __    is missing affidavit
    __    is missing certified copy of prisoner's trust fund statement for the 6-month
        period immediately preceding this filing
    __    is missing required financial information
    __    is missing an original signature by the prisoner
    __    is not on proper form (must use the court's current form)
    __    other_____

Accordingly, it is

1

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

Dated:  June 20, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge